## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT M. MUMMA, II, | : | Civil No. 1:19-CV-01194 |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| DOUBLE M DEVELOPMENT, *et al.*, | : | |
| | : | |
| Appellees. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 31st day of January, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that the Appellees' motions to dismiss (Docs. 2, 10) are **DENIED**. **IT IS FURTHER ORDERED** that Appellee Double M Development's motion for an expedited hearing on its motion to dismiss (Doc. 4) is **DENIED AS MOOT**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania