## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT M. MUMMA, II, | : | Civil No. 1:19-CV-01194 |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| DOUBLE M DEVELOPMENT, *et al.*, | : | |
| | : | |
| Appellees. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 7th day of April, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that the motions to dismiss (Docs. 34, 36) are **GRANTED**. Accordingly, the appeal from the bankruptcy court is **DISMISSED AS MOOT** to the extent it appeals (1) the sale order (Bankr. Doc. 604 at 3); (2) the order denying the motion for reconsideration of the sale order (Bankr. Doc. 632); and (3) the order denying the motion to stay the sale (Bankr. Doc. 633).

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania