# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT M. MUMMA, II, | : | Civil No. 1:19-CV-01194 |
| Appellant, | : | |
| v. | : | |
| DOUBLE M DEVELOPMENT, *et al.*, | : | |
| Appellees. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of August, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The portions of Appellant's appeal (Doc. 1) that were not previously dismissed as moot are **DENIED**.

2. The Clerk of Court is directed to close this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania